1008

**Henry W. BEAL, Appellant, v. Ralph COHN, Trustee, Appellee.**

Circuit Court of Appeals, First Circuit.
October 3, 1928.

No. 2293.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon stipulation, it is ordered that this case be, and the same hereby is, docketed and dismissed, without costs, and that mandate issue forthwith.

**David H. BLAIR, Commissioner of Internal Revenue, Petitioner, v. HARRIET COTTON MILLS, Respondent.**

Circuit Court of Appeals, Fourth Circuit.
November 13, 1928.

No. 2693.

Mabel W. Willebrandt, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, Vincent J. Hefferman and John W. Fisher, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., Sewall Key and Morton P. Fisher, Sp. Assts. to Atty. Gen., and Dorothy A. Moncure, of Washington, D. C., for petitioner.

James Mullen, of Richmond, Va., and W. W. Spalding, of Washington, D. C., for respondent.

PER CURIAM. Petition to review dismissed, on motion of respondent.

**David H. BLAIR, Commissioner of Internal Revenue, v. M. BROWN COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
November 7, 1928.

No. 5209.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George R. Beneman and A. E. James, both of Washington, D. C., for respondent.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

**In the Matter of Joseph M. BYRNE, Michael J. Donovan, Joseph M. Byrne, Jr., Edward C. Lawson, Frederick J. McDonald, and William F. King, Doing Business as J. M. Byrne & Company, Bankrupts. Ex parte Jacob S. MEYER, Appellant; A. Bruce Bielaski, Trustee, Appellee.**

Circuit Court of Appeals, Second Circuit.
January 7, 1929.

No. 125.

Copal Mintz, of New York City, for appellant.

Simpson, Thacher & Bartlett, of New York City (Whitney N. Seymour, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

**Herbert J. CALLISTER, Libelant-Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and United States of America, Respondents-Appellees.**

Circuit Court of Appeals, Second Circuit.
February 4, 1929.

No. 20.

Cutting, Phillips & Hall, of New York City (Walter B. Hall and Victor W. Cutting, both of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (William E. Collins, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (21 F.[2d] 447) affirmed, with costs.